

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR 03 2019
ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

~~United States of America~~                                          Plaintiff

vs.                                          Criminal No. 1:09CR6-KS-MTP-003

Jimmy Lee Carter                                          Defendant

and

Pat O'Brien's Bar Inc. New Orleans                          Garnishee
718 St. Peter Street
New Orleans, LA  70116

## AGREED ORDER
## OF VOLUNTARY GARNISHMENT

The parties, Plaintiff United States of America and Defendant Jimmy Lee Carter, agree and stipulate as follows:

1. On September 2, 2009, a Judgment was entered in this matter in the sum of $20,175.00. As of March 8, 2019, a balance of $13,619.02 remains outstanding.

2. The United States of America and Defendant Carter have agreed to a Voluntary Wage Garnishment, through Defendant's employer, Pat O'Brien's Bar Inc. New Orleans.

3. The parties agree to the payment of $35.00 weekly, or $150.00 per month starting with the next pay period after entry of this Agreed Order, until the balance is paid in full.

4. Defendant Carter agrees to provide, on an annual basis, all requested financial information for review in order to determine if there is a change in his financial ability to repay this debt.

5. **All payments under this garnishment should be made payable to the United States District Clerk of Court and mailed to the United States District Court, 501 E. Court Street, Suite 2.500, Jackson, MS  39201, unless otherwise instructed. Please note, the court**

number (1:09CR6-KS-MTP-003) on the memo line of the payment for proper identification.

6. Defendant Carter and Garnishee, and anyone else who receives notice of this assignment, shall advise the United States Attorney's Office of any change in Defendant's employment status.

SO ORDERED AND ADJUDGED this 2nd day of April , 2019.

HONORABLE KEITH STARTETT
UNITED STATES DISTRICT COURT JUDGE

Marc A. Perez
Assistant United States Attorney
WA Bar No. 33907
United States Attorney's Office
501 East Court Street, Suite 4.430
Jackson, MS  39201
(601) 973-2820
Marc.Perez@usdoj.gov

4/3/2019
DATE

Defendant Jimmy Lee Carter
New Orleans, LA

03-14-2019
DATE